

## Fourth Court of Appeals
### San Antonio, Texas

July 19, 2016

No. 04-16-00405-CV

Jimmy C. **BALLARD** and Alexis Boultinghouse-Ballard,
Appellants

v.

**HSBC BANK USA**, National Association, As Trustee for ACE Securities Corp. Home Equity
Loan Trust, Series 2004-RM2 Asset Backed Pass-Through Certificates,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015CV07393
Honorable Karen Crouch, Judge Presiding

## O R D E R

A filing fee of $205.00 was due when this appeal was filed but it was not paid.  *See* TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 15-9158, Aug. 28, 2015).  The clerk of the court notified appellants of this deficiency in a letter dated June 23, 2016.  The fee remains unpaid.  Rule 5 of the Texas Rules of Appellate Procedure provides:

> A party who is not excused by statute or these rules from paying costs must pay –
> at the time an item is presented for filing – whatever fees are required by statute
> or Supreme Court order.  The appellate court may enforce this rule by any order
> that is just.

TEX. R. APP. P. 5.

We therefore **ORDER** appellants, **not later than July 29, 2016** to either: (1) pay the applicable filing fee, or (2) provide written proof to this court that they are indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from paying the fee.  *See id.* R. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs).  If appellants fail to respond satisfactorily within the time ordered, this appeal will be dismissed.  *See* TEX. R. APP. P. 42.3.  We note that appellants have also failed to file the required docketing statement.  *See id*. R. 32.

We **order** the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2016.



_____
Keith E. Hottle
Clerk of Court